# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201700104

_____

### UNITED STATES OF AMERICA
Appellee

v.

### VICTOR M. VILLARINOROJO
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Joseph P. Lisiecki III, USMCR.
Convening Authority: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West-Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Todd Enge, USMC.
For Appellant: Lieutenant Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 July 2017

_____

Before CAMPBELL, FULTON, and SAYEGH, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court